# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION,
                Appellant,

vs.

THE ENTRUST GROUP, INC. FBO
WILLIAM ROY TURNER ACCOUNT
#51-00994 AS TO AN UNDIVIDED
79.77% INTEREST; AND THE
ENTRUST GROUP, INC. FBO VERNA
DEAN TURNER ACCOUNT #51-00995
AS TO UNDIVIDED 20.23% INTEREST,
                Respondents.

No. 75533

**FILED**

APR 0 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Adriana Escobar, District Judge
       John Walter Boyer, Settlement Judge
       McCarthy & Holthus, LLP/Las Vegas
       Hong & Hong
       Eighth District Court Clerk